UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NAMICHA LACEY (# 310652)** | **CIVIL ACTION** |
| **VERSUS** | |
| **N. BURL CAIN, WARDEN** | **NO.: 15-00085-BAJ-EWD** |

## RULING AND ORDER

Before this Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 10)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1) Petitioner raises four claims for post-conviction relief: (1) ineffective assistance of counsel because his attorney allegedly had a conflict of interest, (2) failure of the prosecution to disclose impeachment evidence, (3) ineffective assistance of counsel stemming from the failure to request a mistrial based on the allegedly withheld impeachment evidence, and (4) misapplication of controlling law by the Louisiana courts concerning conflict of interest. (*Id.* at p. 1). After a thorough review of the applicable law, the Magistrate Judge recommends that the petition be denied.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

conclusions of law, and recommendations therein. (Doc. 10 at p. 1). Neither party objected.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 10),** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Petitioner's **Application for Writ of Habeas Corpus (Doc. 1)** is **DENIED**.

**IT IS FURTHER ORDERED** that that the above-captioned matter is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 22nd day of March, 2018.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA